UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**INGRID DESROSIERS,**

   **Plaintiff,**

v.               Case No: 8:22-cv-588-MSS-JSS

**FRAZIER LAW GROUP, PLLC, NATHAN A. FRAZIER, SEAN C. BOYNTON, GREGORY SABOR GROSSMAN, KIM BRAY, SOUTH FORK OF HILLSBOROUGH COUNTY III HOMEOWNERS ASSOCIATION, INC., ERIC DAVIDSON, MERITUS CORP., COMMUNITY ASSOCIATION MANAGEMENT SERVICES, LLC, DAVID J. TONG, and SAXON GILMORE & CARRAWAY, P.A.,**

   **Defendants.**

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On May 19, 2022, Plaintiff filed a Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 9) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**.

After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of May 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any pro se party