UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**INGRID DESROSIERS,**

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No: 8:22-cv-588-MSS-JSS

**FRAZIER LAW GROUP, PLLC, NATHAN A. FRAZIER, SEAN C. BOYNTON, GREGORY SABOR GROSSMAN, KIM BRAY, SOUTH FORK OF HILLSBOROUGH COUNTY III HOMEOWNERS ASSOCIATION, INC., ERIC DAVIDSON, MERITUS CORP., COMMUNITY ASSOCIATION MANAGEMENT SERVICES, LLC, DAVID J. TONG and SAXON GILMORE & CARRAWAY, P.A.,**

    Defendants.

_____

### ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Joint Notice of Dismissal of All Claims Against Defendants, David J. Tong and Saxon Gilmore & Carraway, P.A., Only, with Prejudice, (Dkt. 11), and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE as against Defendants, David J. Tong and Saxon Gilmore & Carraway, P.A., ONLY.** Each

- 2 -

party shall bear its own attorneys' fees and costs associated with the claims against the abovenamed Defendants.  This case shall remain **CLOSED**.

**DONE and ORDERED** in Tampa, Florida this 3rd day of July 2022.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party